**LAW OFFICES OF KENNETH L. BAUM LLC**
167 Main Street
Hackensack, New Jersey 07601
(201) 853-3030
(201) 584-0297 Facsimile
Attorney for Plaintiff, ICICI Bank UK PLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SALIL PRASAN MANILAL,<br><br>        Debtor. | CASE NO. 20-11393 (SCC)<br><br>Chapter 11 |
| ICICI BANK UK PLC,<br><br>        Plaintiff,<br><br>v.<br><br>SALIL PRASAN MANILAL<br><br>        Defendant. | ADV. PRO. NO. 20-01220 (SCC) |

## CERTIFICATE OF SERVICE

KENNETH L. BAUM, of full age, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am an attorney at law of the State of New York and a member of Law Offices of Kenneth L. Baum LLC, attorney for Plaintiff, ICICI Bank UK PLC.

2. On September 23, 2020, this office served the Complaint of ICICI Bank UK PLC to Determine Non-Dischargeability of Debt and Summons and Notice of Pretrial Conference in

an Adversary Proceeding *via* regular and certified mail, return receipt requested, at the following address:

> Mr. Salil Prasan Manilal
> 240 East 47th Street, Apt. 14D
> New York, NY 10017

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Kenneth L. Baum*
KENNETH L. BAUM

Dated: September 29, 2020