**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SALIL P. MANILAL,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20–11393 (SCC) |
| ICICI BANK UK PLC,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>SALIL PRASAN MANILAL,<br><br>　　　　　　　Defendant. | Adv. Proc. No. 20–01220 (SCC) |

## **CERTIFICATE OF SERVICE**

**Paris Gyparakis**, under penalty of perjury, certifies the following:

　　　　1.　　I am over 18 years of age, reside in New York, New York, and am not a party to this proceeding.

　　　　2.　　On October 21, 2020, I served a copy of Defendant's *Answer and Affirmative Defenses* [Adv. Proc. Doc. No. 5] upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
　　　October 22, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paris Gyparakis

# SERVICE LIST

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Shannon A. Scott, Esq.

D. Patel Law LLC
*Attorneys for ICICI Bank UK PLC*
63 Mountain Avenue
Mendham, NJ 07945
Attn: Dipesh Patel, Esq.

Law Offices of Kenneth L. Baum, LLC
*Attorneys for ICICI Bank UK PLC*
167 Main Street
Hackensack, NJ 07601
Attn: Kenneth L. Baum, Esq.

Anderson Kill, P.C.
*Proposed Special Counsel*
1251 Avenue of the Americas
New York, NY 10020
Attn: Andrew J. Wagner, Esq.
　　　 Devin W. Ness, Esq.